AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>JUAN DE DIOS DUARTE-CAZARES<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   18-cr-00192-WJM |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JUAN DE DIOS DUARTE-CAZARES   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 USC §§ 841(a)(1), 841(b)(1)(A)(viii) and 846 - knowingly and intentionally conspire to distribute, or possess with the intent to distribute one or more of the following Controlled Substance: (1) 50 grams or more of methamphetamine, a Schedule II Controlled Substance; and/or (2) 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; 21 USC, §§ 841(a)(1), 841(b)(1)(A)(viii) - distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; 21 USC 843(b) & (d) - Use of a communication facility in furtherance of a crime; 18, USC § 2 - aiding and abetting the same.

Date:   04/19/2018                                                         s/ A. García Gallegos, Deputy Clerk
                                                                           *Issuing officer's signature*

City and state:   Denver, Colorado                                         Jeffrey P. Colwell - Clerk of Court
                                                                           *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                           *Arresting officer's signature*

                                                                           *Printed name and title*